No. 14–0490/AR.   U.S. v. Drondrick D. Oliphant.   CCA 20110701.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 23, 2014.

No. 14–0492/MC.   U.S. v. Reco D. Cole.   CCA 201300318.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 23, 2014.

